**No. 58455.**—Charmfit of Hollywood and Frank P. Dow., Inc. *v*. United States, protest 148770–K (Los Angeles).

Opinion by FORD, J. The record not indicating any opposition to the motion to dismiss, same was granted, and the case was dismissed.